HONORABLE EDWARD F. SHEA

Thomas W. McLane, WSBA No. 12226
Randall | Danskin, P.S.
601 W. Riverside, Suite 1500
Spokane, Washington  99201
Telephone:  (509) 747-2052
Facsimile:  (509) 624-2528
Attorneys for Defendant

James B. King
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA  99201
(509) 455-5200
(509) 455-3632
WSBA No. 08723

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNN CHRISTOFFERSON,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ROCHA and GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | NO.  CV-10-115-EFS<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>~~PROPOSED~~ |

On hearing the Parties' Stipulation, and the Court being fully advised in the premises, it is

ORDER OF DISMISSAL WITH
PREJUDICE – 1

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON  99201-0653
(509) 747-2052

1  ORDERED that the above action is hereby dismissed with prejudice
2  
3  with respect to the claims against Defendants Carlos Rocha and Guardian
4  Life Insurance Company of America, and no costs or fees are awarded.
5  This file shall be CLOSED.
   DATED this <u>22nd</u> day of <u>April</u>, 2011.
6
7
8                                  <u>s/ Edward F. Shea</u>
                                   The Honorable Edward F. Shea
9
10 RANDALL | DANSKIN, P.S.
11
12 By: <u>/s/ Thomas W. McLane</u>
       THOMAS W. McLANE, WSBA No. 12226
13     Attorneys for Defendant Guardian Insurance
14     Company of America
15
16 EVANS, CRAVEN & LACKIE, P.S.
17
18 By: <u>/s/ James B. King</u>
       JAMES B. KING, WSBA No. 08723
19     Attorneys for Defendant Carlos Rocha
20
21 LEE & ISSERLIS, P.S.
22 By: <u>/s/ Kenneth Isserlis</u>
23     KENNETH ISSERLIS, WSBA No. 13819
24 EYMANN ALLISON HUNTER JONES, P.S.
25
26
27 By: <u>/s/ John D. Allison</u>
       JOHN D. ALLISON, WSBA No. 26299
28     Attorneys for Plaintiff Lynn Christofferson

ORDER OF DISMISSAL WITH
PREJUDICE – 2

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052